**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **Case No. 8:10-CV-1214-T-27TBM**

**PlayboyMonthly.com, HTMLcomics.com, HTM1comics.com, htmlc0mics.com, ComicBooksFree.com, and HTMLmagazines.com,**

**Defendants.**
_______________________________________/

## ORDER

**BEFORE THE COURT** are (1) the United States' Motion to Dismiss Claimant's Counterclaim (Dkt. 28) and (2) Claimant Gregory Hart's Motion for Entry of Default (Dkt. 29) and Motion for Default Judgment (Dkt. 30).

Claimant Gregory Hart failed to respond to the Government's motion to dismiss within the time prescribed by Local Rule 3.01(b). Accordingly, the United States' Motion to Dismiss Claimant's Counterclaim (Dkt. 28) is **GRANTED** in part.

As Claimant cannot maintain a counterclaim against the United States in this *in rem* civil forfeiture action,[1] the Counterclaim (Dkt. 15) is **DISMISSED** without prejudice.

Claimant's Motion for Entry of Default (Dkt. 29) and Motion for Default Judgment (Dkt. 30)

---

[1] *See United States v. 1866.75 Board Feet, 11 Doors And Casings, More of Less of Dipteryx Panamensis Imported from Nicaragua*, No. 1:07cv1100, 2008 WL 839792, at *3 (E.D. Va. Mar. 25, 2008).

are **DENIED**.

**DONE AND ORDERED** in chambers this 21st day of September, 2010.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record; Claimant