UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 8:10-cv-1214-T-27TBM

PlayboyMonthly.com,
HTMLcomics.com,
HTM1comics.com,
htmlc0mics.com,
ComicBooksFree.com, and
HTMLmagazines.com

Defendants.

## DECLARATION OF PUBLICATION

The United States of America, by and through the undersigned Assistant United States Attorney, hereby declares under penalty of perjury that notice of this civil forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 21, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

Executed on January 7, 2011.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/Josephine W. Thomas*

JOSEPHINE W. THOMAS
Assistant United States Attorney
Florida Bar Number 31435
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 - telephone
(813) 274-6220 - facsimile
E-mail: josie.thomas@usdoj.gov

Attachment 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**
**COURT CASE NUMBER: 8:10-CV-1214-T-27TBM; NOTICE OF FORFEITURE ACTION**

Pursuant to 18 U.S.C. § 2323, the United States filed a verified Complaint for Forfeiture against the following property:

Domain Name: PlayboyMonthly.com (10-FBI-004181)

Domain Name: HTMLcomics.com (10-FBI-004186)

Domain Name: HTM1comics.com (10-FBI-004187)

Domain Name: htmlc0mics.com (10-FBI-004188)

Domain Name: ComicBooksFree.com (10-FBI-004189)

Domain Name: HTMLmagazines.com (10-FBI-004190)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (July 21, 2010) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, U.S. District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, FL 33602, and copies of each served upon Assistant United States Attorney Josephine W. Thomas, 400 North Tampa Street, Suite 3200, Tampa, FL 33602, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 21, 2010 and August 19, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. PlayboyMonthly.com, et al.

**Court Case No:** 8:10-CV-1214-T-27TBM
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/21/2010 | 23.5 | Verified |
| 2 | 07/22/2010 | 23.6 | Verified |
| 3 | 07/23/2010 | 23.6 | Verified |
| 4 | 07/24/2010 | 23.5 | Verified |
| 5 | 07/25/2010 | 23.6 | Verified |
| 6 | 07/26/2010 | 23.6 | Verified |
| 7 | 07/27/2010 | 23.6 | Verified |
| 8 | 07/28/2010 | 23.6 | Verified |
| 9 | 07/29/2010 | 23.6 | Verified |
| 10 | 07/30/2010 | 23.6 | Verified |
| 11 | 07/31/2010 | 23.6 | Verified |
| 12 | 08/01/2010 | 23.6 | Verified |
| 13 | 08/02/2010 | 23.6 | Verified |
| 14 | 08/03/2010 | 23.6 | Verified |
| 15 | 08/04/2010 | 23.6 | Verified |
| 16 | 08/05/2010 | 23.6 | Verified |
| 17 | 08/06/2010 | 23.6 | Verified |
| 18 | 08/07/2010 | 24.0 | Verified |
| 19 | 08/08/2010 | 23.5 | Verified |
| 20 | 08/09/2010 | 23.6 | Verified |
| 21 | 08/10/2010 | 23.6 | Verified |
| 22 | 08/11/2010 | 23.6 | Verified |
| 23 | 08/12/2010 | 23.6 | Verified |
| 24 | 08/13/2010 | 23.6 | Verified |
| 25 | 08/14/2010 | 23.6 | Verified |
| 26 | 08/15/2010 | 23.6 | Verified |
| 27 | 08/16/2010 | 23.5 | Verified |
| 28 | 08/17/2010 | 23.6 | Verified |
| 29 | 08/18/2010 | 23.6 | Verified |
| 30 | 08/19/2010 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.