**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **Case No. 8:10-CV-1214-T-27TBM**

**PlayboyMonthly.com,**
**HTMLcomics.com,**
**HTM1comics.com,**
**htmlc0mics.com,**
**ComicBooksFree.com, and**
**HTMLmagazines.com,**

**Defendants.**
______________________________________/

**ORDER**

**BEFORE THE COURT** is the United States' Motion for Judgment of Forfeiture (Dkt. 47) pursuant to 18 U.S.C. § 2323(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims of six internet domain names, HTMLcomics.com, HTM1comics.com, htmlc0mics.com, ComicBooksFree.com, HTMLmagazines.com, and PlayboyMonthly.com (the "Defendant Domains"). Upon consideration, the motion is GRANTED.

Because the Defendant Domains constitute property used or intended to be used to facilitate an offense prohibited under 18 U.S.C. § 2319 (criminal infringement of copyright under 17 U.S.C. § 506(a)), they are forfeitable to the United States pursuant to 18 U.S.C. § 2323(a).

The only persons or entites known to have an interest in the Defendant Domains are Gregory Steven Hart, Oso Ifam, Inc., Database Engineers, Inc., and DB Developers. In accordance with the requirements of Supplemental Rule G(4)(b)(i), Hart, Oso Ifam, Inc., Database Engineers, Inc., and DB Developers received actual notice of this action and were sent a copy of the Verified Complaint

for Forfeiture *in Rem*.

On June 24, 2010, Hart filed a Notice of Verified Claim (Dkt. 14). On January 10, 2011, acting on behalf of himself as well as Oso Ifam, Inc. Hart withdrew the claim to the Defendant Domains (Dkt. 46-1).[1]

The United States has filed a Declaration of Publication (Dkt. 44), which reflects that notice of the forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on July 21, 2010. pursuant to Supplemental Rule G(4)(a)(iv)(C).

No other person or entity with an alleged interest in the Defendant Domains has timely filed a claim, and the time for filing claims has expired.

Accordingly, the United States' Motion for Judgment of Forfeiture (Dkt. 47) is **GRANTED**.

Pursuant to 18 U.S.C. § 2323(a) and Supplemental Rule G, all right, title, and interest in the Defendant Domains is hereby **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the Defendant Domains is now vested in the United States of America. The Clerk is directed enter judgment accordingly.

The Clerk is directed to terminate any pending motions and close the case.

**DONE AND ORDERED** in chambers this 1st day of February, 2011.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record;
Gregory S. Hart, *pro se* Claimant

[1] Additionally, on January 11, 2011, this Court struck Hart's claim pursuant to Supplemental Rule G(5) for failure to comply with applicable rules. (Dkt. 48).